UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE COLLINS, | No. 2:23-cv-1600 KJN P |
| Plaintiff, | |
| v. | ORDER |
| KURGAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983. On September 1, 2023, plaintiff's complaint was dismissed with leave to amend.

Plaintiff subsequently filed a document purporting to correct errors or omissions in his complaint and another document containing "amendments" to his claims as to defendants Kurgan, Jones and Gorman. (ECF Nos. 14 & 15.) However, as plaintiff was advised in the September 1, 2023 order, Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. (ECF No. 10 at 6.) This requirement exists because, as a general rule, an amended complaint supersedes the original complaint. See Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" (internal citation omitted)). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the

case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged, as well as plaintiff's injuries and his request for relief.

Accordingly, plaintiff's recent filings are ineffective in amending his complaint because he failed to provide one document that clearly identifies each defendant and each defendant's alleged acts or omissions and sets forth plaintiff's injuries and includes his request for relief. Plaintiff is encouraged to use the court's complaint form to ensure he has provided all the required information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's piecemeal filings (ECF Nos. 14 & 15) are disregarded; and

2. Plaintiff is granted thirty days from the date of this order to complete the attached Notice of Amendment and submit the following documents to the court:

   a. The completed Notice of Amendment; and

   b. An original of the Amended Complaint.

Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must also bear the docket number assigned to this case and must be labeled "Amended Complaint."

Failure to file an amended complaint in accordance with this order may result in the dismissal of this action.

3. The Clerk of the Court shall send plaintiff the form for filing a civil rights complaint under 42 U.S.C. § 1983.

Dated: October 3, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/coll1600.eot

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| BOBBY LEE COLLINS, | No. 2:23-cv-1600 KJN P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF AMENDMENT |
| KURGAN, et al., | |
| Defendants. | |

    Plaintiff hereby submits the following document in compliance with the court's order filed_____.

_____          Amended Complaint
DATED:

                                        _____
                                        Plaintiff

1