UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE COLLINS, | No. 2:23-cv-1600 CSK P |
| Plaintiff, | |
| v. | ORDER |
| KURGAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. This action proceeds on plaintiff's amended complaint in which he alleges that defendants Kurgan and Jones used excessive force on plaintiff on November 5, 2022, in violation of the Eighth Amendment. (ECF No. 17.) Plaintiff recently filed two documents and neither bears plaintiff's signature. All parties, including those proceeding without counsel, are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Generally, the Court is unable to consider a filing as a request for Court action unless the plaintiff files a proper motion and signs it. Therefore, plaintiff is provided an opportunity to re-file an appropriate motion bearing his signature. All filings must bear plaintiff's signature. Failure to comply with this order will result in an order striking the unsigned requests (ECF Nos. 47, 49).

That said, it appears that plaintiff's January 3, 2025 request was directed to counsel for defendants. (ECF No. 47.) Plaintiff appears to seek return of documents that were not returned

1  to plaintiff at the October settlement conference.  If that is correct, plaintiff is advised that he
2  should write to defense counsel directly and should not involve the Court.
3  But in his January 30, 2025 document, plaintiff asked defense counsel to send plaintiff a
4  copy of "his discovery."  (ECF No. 49.)  Plaintiff claims he has asked for his copies since October
5  2024, but has yet to receive them.  (Id.)  However, at the top of plaintiff's request, he wrote
6  "Filing motion for discovery."  (Id.)
7  On November 20, 2024, the Court issued the Discovery and Scheduling Order which
8  informed plaintiff that discovery requests shall not be filed with the court except when required
9  by Local Rules 250.1, 250.2, 250.3 and 250.4.  (ECF No. 38 at 5.)  The parties were "cautioned
10 that filing discovery requests with the court except as required by rule of court, may result in an
11 order of sanctions, including, but not limited to, a recommendation that the action be dismissed."
12 (Id.; see also Fed. R. Civ. P. 41(b).)  In addition, the parties were advised:

> If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 134, 135, 130, 131, 110, 142, and 230(l) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 251 shall not apply. Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion

18 (ECF No. 38 at 5.)  Plaintiff was required to submit requests for discovery to counsel for
19 defendants, and only file a motion for discovery with the Court if plaintiff was dissatisfied with a
20 particular response.  (Id., ECF No. 42 at 3.)  If plaintiff thought that defendants were required to
21 simply provide plaintiff with "his discovery," plaintiff is mistaken.
22 Therefore, if plaintiff contemplates refiling a motion for discovery, he is reminded that
23 court permission is not necessary for discovery requests and that neither discovery requests
24 served on an opposing party nor that party's responses should be filed until such time as a party
25 becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules
26 of Civil Procedure.  (ECF No. 42 at 3.)
27 Accordingly, IT IS HEREBY ORDERED that plaintiff is granted twenty-one days from
28 the date of this order in which to re-file the January requests (ECF Nos. 47, 49) bearing plaintiff's

signature, if filing the documents with the court would be appropriate.  Plaintiff is cautioned that if he opts to re-file his motion for discovery, it must comply with this Court's orders and the Federal Rules of Civil Procedure.

Dated:  February 10, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/coll1600.r11