UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY LEE COLLINS,

        Plaintiff,

   v.

KURGAN, et al.,

        Defendants.

No.  2:23-cv-1600 CSK P

ORDER

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 6, 2025, plaintiff filed a document styled, "Opposition to Defendants' Motion for Summary Judgment." (ECF No. 62.)  However, plaintiff did not sign his opposition.

      This is the second time plaintiff has failed to sign a document submitted to the Court for filing.  As plaintiff was reminded in the Court's February 11, 2025 order, parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the Court is unable to consider plaintiff's opposition unless he signs and re-files the opposition.

      Plaintiff is provided an opportunity to re-file his opposition bearing his signature.  Defendants' motion for summary judgment was filed on August 5, 2025, and plaintiff was

1

previously granted an additional thirty days in which to file an opposition to the motion on September 17, 2025.  (ECF Nos. 59, 61.)  Plaintiff is reminded that Rule 56 of the Federal Rules of Civil Procedure explains what plaintiff is required to do to oppose a motion for summary judgment.  <u>Rand v. Rowland</u>, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc); Local Rule 260.  These instructions were included in defendants' briefing on summary judgment.  (ECF No. 59-4.)

      In accordance with the above, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall re-file a <u>signed</u> opposition to the pending motion for summary judgment.  Plaintiff's failure to comply with this order will result in an order striking the unsigned filing and a recommendation that defendants' motion for summary judgment be granted.

Dated:  October 15, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/01/coll1600.r11b