UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE COLLINS, | No. 2:23-cv-1600 CSK P |
| Plaintiff, | |
| v. | ORDER |
| KURGAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 21, 2025, plaintiff filed a document styled, "(Oppose motion) (Opposition motion)."  (ECF No. 64.)  This one page filing does not bear plaintiff's signature.  The filing is dated October 7, 2025, which means plaintiff did not have benefit of the Court's October 16, 2025 order informing plaintiff that he failed to sign his prior opposition, and granted him twenty-one days to file a signed opposition.  (ECF No. 63.)

Plaintiff is again reminded that parties proceeding without counsel are required to sign <u>all</u> pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the Court is unable to consider plaintiff's opposition unless he signs and re-files the opposition.  Because plaintiff was already provided an opportunity to re-file an opposition bearing his signature, the Court will not further extend that deadline.  That said, plaintiff must

1

make sure that every document he submits to the Court for filing bears his signature. If plaintiff continues to file unsigned documents, the Court will consider imposing sanctions for plaintiff's failure to comply with Rule 11 and with court orders. Local Rule 110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Pursuant to the Court's October 16, 2025 order (ECF No. 63), plaintiff's unsigned opposition (ECF No. 64) cannot be considered until plaintiff files an opposition bearing his signature; and

2. Plaintiff's signed opposition is due on or before November 6, 2025. (ECF No. 63.) Plaintiff's failure to comply with this order will result in an order striking the unsigned filing and a recommendation that defendants' motion for summary judgment be granted.

Dated: October 27, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/01/coll1600.r11c

2