UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE COLLINS, Plaintiff, v. KURGAN, et al., Defendants. | No. 2:23-cv-1600 CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. This action proceeds on plaintiff's amended complaint in which he alleges that defendants Kurgan and Jones used excessive force on plaintiff on November 5, 2022, in violation of the Eighth Amendment. (ECF No. 17.) Defendants' motion for summary judgment was denied, and the case is ready to be set for pretrial conference and trial dates. On September 22, 2026, plaintiff filed a request for settlement conference. (ECF No. 71.) In fourteen days from the date of this order, defendants shall file a response to plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall file a response to plaintiff's request to set this matter for settlement conference. (ECF No. 71.)

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/coll1600.set.conf.fb