UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY LEE COLLINS,

Plaintiff,

v.

KURGAN, et al.,

Defendants.

No. 2:23-cv-1600 CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se. On September 22, 2026, plaintiff filed a request for settlement conference. On September 24, 2026, defendants were directed to respond to plaintiff's request. On October 8, 2026, defendants filed a response stating they agree to attend a pretrial settlement conference before any pretrial conference or trial date is set. (ECF No. 73.) This matter will be set for settlement conference before another U.S. Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 71) is GRANTED.
2. This case is referred to Chief Magistrate Judge Carolyn K. Delaney to conduct a settlement conference. Within fourteen days of the date of this order, counsel for defendants shall contact Lisa Kennison, Courtroom Deputy for Magistrate Judge Delaney, at lkennison@caed.uscourts.gov to schedule the settlement conference.

Dated: October 26, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/coll1600.set